IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01197-NYW-KLM

JOHN MEGGS, et al.,

      Plaintiffs,

vs.

SHERIDAN GREEN VENTURE I, LLC,

      Defendant.

                                          /

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed by and between the Plaintiffs and the Defendant, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned action be dismissed with prejudice, a resolution of all matters in dispute having been made pursuant to a settlement agreement executed between the parties.

Respectfully Submitted,

| /s/ Jon G. Shadinger Jr. | /s/ Joseph R. Kummer |
|---|---|
| Jon G. Shadinger Jr., Esq. | Joseph R. Kummer, Esq. |
| Shadinger Law, LLC | Jachimiak Peterson Kummer LLC |
| 717 E. Elmer Street, Suite 7 | 860 Tabor Street, Suite 200 |
| Vineland, NJ 08360 | Denver, CO 80401 |
| js@shadingerlaw.com | Phone (303) 863-7700 |
| Phone (609) 319-5399 | Fax (303) 845-9114 |
| Fax (314) 898-0423 | jkummer@jpk.law |
| *Attorney for Plaintiffs* | *Attorney for Defendant* |

Dated: 09/15/2022

9